David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
Alex A. Wade (SBN 304022)
Wadea@cmtlaw.com
**CARLSON & MESSER LLP**
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendants
THE AFFILIATED GROUP, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP, <br><br> Plaintiff, <br><br> vs. <br><br> THE AFFILIATED GROUP, INC. <br><br> Defendant. | CASE NO. 3:16-cv-06587-VC <br><br> **NOTICE OF SETTLEMENT** |

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that a settlement has been reached between Plaintiff, RONALD CUPP, and Defendant, THE AFFILIATED GROUP, INC. In light of the settlement, the parties respectfully request that the Court take off calendar all future hearing dates in this case.

**CARLSON & MESSER LLP**

Dated: January 31, 2017

By: /s/Alex A. Wade
David J. Kaminski
Alex A. Wade
Attorneys for Defendant,
THE AFFILIATED GROUP, INC